IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00374-GCM-DSC

| | |
|---|---|
| MANN+HUMMEL FILTRATION TECHNOLOGY US LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    **ORDER** ) |
| STEPHEN PATTERSON et. al., | ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Errol King]" (document #7) filed August 17, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Graham C. Mullen.

**SO ORDERED**.

Signed: August 17, 2021

David S. Cayer
United States Magistrate Judge