IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:21-CV-00374-GCM-DSC

| | |
|---|---|
| MANN+HUMMEL FILTRATION TECHNOLOGY US LLC,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN PATTERSON and DEMAYO LAW OFFICES, LLP<br><br>Defendants. | **ORDER** |

This matter came before the Court on the Joint Stipulation to Amend Pretrial Order and Case Management Plan filed by Plaintiff MANN+HUMMEL Filtration Technology US LLC and Defendant DeMayo Law Offices, LLP (collectively, the "Parties") .

For the reasons stated in the Joint Stipulation, and for good cause shown, the Parties' Joint Stipulation is **ALLOWED.** The trial in this matter will be continued to the May 8, 2023 trial term, and any remaining deadlines in the Pretrial Order and Case Management Plan are extended a corresponding amount of time.

**SO ORDERED.**

Graham C. Mullen
United States District Judge